UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-61033-CIV-ROSENBAUM

JOHN YARBROUGH, an individual, and
RONETTE L. YARBROUGH, an individual,

        Plaintiffs,

v.

RESORTS PLUS INTERNATIONAL, LLC,
a Florida limited liability company,

        Defendant.
_____/

**AMENDED ORDER TO SHOW CAUSE**

      This matter is before the Court on Plaintiffs John Yarbrough and Ronette L. Yarbrough's Notice of Acceptance of Offer of Judgment [D.E. 7]. The Court notes that the July 9, 2012, Offer [D.E. 7-1] purports to be an Offer of Judgment, but it expressly disclaims liability for the counts in the Complaint. *See* D.E. 7-1 at ¶ 5. Nevertheless, Plaintiffs have given notice that they have accepted the July 9, 2012, Offer. *See* D.E. 7. Thus, by **July 20, 2012**, the Parties shall do one of the following:

      1. If a judgment in favor of Plaintiffs and against Defendant on Counts I and II is not to be entered but the parties have nonetheless settled this case, the parties shall file a stipulation of dismissal signed by both parties;

      2. If a judgment in favor of Plaintiffs and against Defendant on Counts I and II is to be entered, the parties shall file a joint motion for the entry of final judgment, attaching a proposed final judgment; or

3.  If by the Offer and Acceptance of the Offer of Judgment, the parties intend something other than to resolve this case, the parties shall file a status report setting forth the current status of the case.

**DONE and ORDERED** at Fort Lauderdale, Florida, this 13th day of July 2012.

_____
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record