**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 12-61033-CIV-ROSENBAUM**

JOHN YARBROUGH, an individual, and
RONETTE L. YARBROUGH, an individual,

        Plaintiffs,

v.

RESORTS PLUS INTERNATIONAL, LLC,
a Florida limited liability company,

        Defendant.

_____/

## ORDER REQUIRING DEFENDANT TO RESPOND

This matter is before the Court on Plaintiffs John Yarbrough and Ronette L. Yarbrough's Notice of Acceptance of Offer of Judgment [D.E. 7]. On July 13, 2012, based on Plaintiffs' filing of Defendant's Offer of Judgment, the Court entered an Amended Order to Show Cause Why Judgment Should Not Be Entered for Plaintiffs [D.E. 9], requiring a response by July 20, 2012. On July 20, 2012, Plaintiff responded. *See* D.E. 10. Because Defendant has not yet made an appearance on the record in this case, Defendant did not respond.

The Court wishes to provide another opportunity for Defendant to be heard. Accordingly, **immediately upon receipt of this Order, Plaintiffs shall provide a copy of it, the Amended Order to Show Cause Why Judgment Should Not Be Entered for Plaintiffs [D.E. 9], and Plaintiffs' Status Report [D.E. 10] to Defendant and its counsel. <u>Defendant shall have until Thursday, July 26, 2012, to respond to the Court's Amended Order to Show Cause and Plaintiffs' Status Report</u>**. Failure to respond timely may result in the entry of judgment for

Plaintiffs on Counts I and II of the Complaint, based upon Defendant's Offer of Judgment [D.E. 7-1].

**Plaintiffs shall file a Notice of Compliance immediately upon complying with the directive contained in this Order**.

  **DONE and ORDERED** at Fort Lauderdale, Florida, this 23rd day of July 2012.

ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record