UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-61033-CIV-ROSENBAUM

JOHN YARBROUGH, an individual, and
RONETTE L. YARBROUGH, an individual,

        Plaintiffs,

v.

RESORTS PLUS INTERNATIONAL, LLC,
a Florida limited liability company,

        Defendant.
_____/

### ORDER GRANTING THE PARTIES' JOINT MOTION FOR FINAL JUDGMENT

This matter is before the Court on the Parties' Joint Motion for Entry of Final Judgment [D.E. [D.E. 14]. In light of the Parties' Joint Motion for Entry of Final Judgment, for good cause shown, it is hereby **ORDERED and ADJUDGED** that the Parties' Joint Motion is **GRANTED**, and Final Judgment shall be issued in the form agreed to by the Parties. Pursuant to Rule 58(a), Fed. R. Civ. P., a separate final judgment will be entered in this case.

**DONE and ORDERED** at Fort Lauderdale, Florida, this 25th day of July 2012.

                                              ROBIN S. ROSENBAUM
                                              UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record